427 A.2d 1218

Commonwealth v. Cauthorn, Appellant.

Submitted June 29, 1979.   Arthur L. Gutkin, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.